# UNITED STATES DISTRICT COURT

**District of Kansas**

(Kansas City Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**CASE NO.** 26-20096-DDC-JBW

**FILED UNDER SEAL**

**JESUS BERNARDO AGUILAR-ESTRADA,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**FRAUD AND MISUSE OF VISAS, PERMITS, AND OTHER DOCUMENTS**
**[18 U.S.C. § 1546(a)]**

On or about January 13, 2026, in the District of Kansas, the defendant,

**JESUS BERNARDO AGUILAR-ESTRADA,**

knowingly and intentionally used, attempted to use, and possessed a permanent resident card as evidence of authorized stay or employment in the United States, containing a fictitious alien file number, which the defendant knew to be forged, counterfeited, altered, falsely made, and was unlawfully obtained.

In violation of Title 18, United States Code, Sections 1546(a).

A TRUE BILL.

July 29, 2026
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ *Taylor Hines*
Taylor Hines
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Taylor.Hines@usdoj.gov
Ks. S. Ct. No. 28101

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

## PENALTIES

**Count 1:** **18 U.S.C. § 1546(a)**
**Fraud and misuse of a fraudulent visa, permit, or other document**

- Punishable by a term of imprisonment of not more than 5 (5) years. 18 U.S.C. § 1546(b).

- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).