**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**Taylor Hines, AUSA**

**v.**

**Case No: 26-cr-20096-DDC-JBW-1**

**JESUS BERNARDO AGUILAR-ESTRADA,**
**Defendant.**

**Brian Perez Sutton, AFPD**

| | | | |
|---|---|---|---|
| JUDGE: | Judge Wieland | DATE: | 10/16/2026 |
| CLERK: | VaMeshia Perry | TAPE/REPORTER: | FTR/JBW: 1:54 |
| INTERPRETER: | Sara Gardner | PROBATION: | Samantha Bullock |

**PROCEEDINGS**

☒ Initial Rule 5/Rule 5(c)(3) - 14 minutes
☒ Arraignment - 1 minute

☒ Charges and penalties explained to Ddefendant

☒ Defendant sworn/examined re: financial status (voucher)
☒ Counsel appointed –Brian Perez Sutton, AFPD

☒ Constitutional Rights Explained
☒ Felony ☐Misdemeanor
☐ Waived Reading of: ☒ Read to Defendant:
☒ Indictment
☐ Information
☒ Counts: 1
☐ Guilty ☒ Not Guilty

☒ Oral Motion by Government for a detention hearing to be held- GRANTED.
☒ Oral Motion by Government for temporary detention of Defendant under 3142(d)- GRANTED.
☒ Oral Motion by Government for detention of Defendant.
☒ Oral Motion by Defendant to continue detention hearing- GRANTED.
☒ Remanded to Custody pending detention hearing.
☒ Case Management Order will be issued by Magistrate Judge Wieland.
☒ Detention hearing set for October 26, 2026, at 1:30 p.m. in courtroom 236 before Judge Wieland.
☒ Status Hearing set for December 1, 2026 at 10:00 a.m. in courtroom 476 before Judge Crabtree.
☒ Due Process Protections Act (Brady v. Maryland)

OTHER: Defendant appears in person, in custody, and the Court appoints Brian Perez Sutton to represent Defendant. The Court advises if the Defendant is not a U.S. citizen, he has the right to have a consular representative contacted on his behalf. Defendant does not wish to exercise this right. The Government moves for a detention hearing under 18 USC 3142(f)(2)(A). After hearing argument, the motion is granted. The Government moves for temporary detention under 18 USC 3142(d), and the motion is granted. Defendant moves for a continuance of the detention hearing to October 26, 2026, and the oral motion is granted. For reasons stated on the record, a detention hearing is set for October 26, 2026 at 1:30 p.m. before Judge Wieland. A Status Hearing is set for December 1, 2026, at 10:00 a.m. in courtroom 476 before Judge Crabtree. Defendant is remanded to the custody of the U.S. Marshals Service.