# CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

## PRETRIAL PROCEEDINGS

**UNITED STATES OF AMERICA,** **Taylor Hines, AUSA**
**Plaintiff,**

**v.** **Case No: 26-cr-20096-DDC-1**

**JESUS BERNARDO AGUILAR-ESTRADA,** **Brian Perez Sutton, AFPD**
**Defendant.**

| | | | |
|---|---|---|---|
| JUDGE: | Judge Wieland | DATE: | 10/26/2026 |
| CLERK: | VaMeshia Perry | TAPE/REPORTER: | FTR/JBW 2:17 |
| INTERPRETER: | Rosario Garriga | PROBATION: | Samantha Bullock |

## PROCEEDINGS

☒ Pretrial Conference - 12 minutes

☒ Release Order executed
☒ Oral Motion by Government for detention (Dkt. 6)- DENIED.
☒ Status Conference set for December 1, 2026 at 10:00 a.m. in courtroom 476 before Judge Crabtree.

☒ OTHER: Defendant appears in person, in custody, with appointed counsel Brian Perez Sutton. The Government is no longer moving for detention. For reasons stated on the record, the Court finds that there are conditions of release that will reasonably assure both Defendant will appear at later proceedings and the safety of others and the community. The Court enters an order releasing Defendant on conditions pursuant to 18 USC 3142(c). A Status Conference is set for December 1, 2026 at 10:00 a.m. in courtroom 476 before Judge Crabtree. Defendant is remanded to the custody of the U.S. Marshals Service for processing and once processed, he will be released from their custody.